IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION



FILED
SEP 17 2020
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | No. 1:20-CR-**79**<br>Judge **MAC/ZJH** |
| v. | § § | |
| JONATHAN LIMBRICK (1)<br>RHONDA MONSCHELLE FELDER (2)<br>DEANDRE ROMERUS LIMBRICK (3)<br>TERRENCE NEIL BRONSON (4)<br>ASHLEY NICOLE MURRAY (5)<br>DON RAYNARD LARKIN (6)<br>CEDRICK DEMOND HUNT (7)<br>DOMINIC DEVONTE LIMBRICK (8)<br>CRYSTAL MICHELLE CARRUTH (9)<br>ALISHA NICOLE CLEVELAND (10)<br>COREY DEVOND MCQUEEN (11)<br>**JAHCOV JOHNSON (12)**<br>JAMES PARKER (13)<br>ERNEST HOUSTON (14)<br>CURTIS BRUMLEY (15)<br>RUSSELL LIMBRICK (16) | § § § § § § § § § § § § § § § § § § | **SEALED**<br><br>United States Courts<br>Southern District of Texas<br>FILED<br>*May 27, 2021*<br>Nathan Ochsner, Clerk of Court<br><br>**4:21-MJ-1197** |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### Count One

Violation: 21 U.S.C. § 846
Conspiracy with intent to
distribute a controlled substance
(methamphetamine)

Beginning on or about January, 1 2018, and continuing to on or about September 14, 2020, the exact dates being unknown to the grand jury, in the Eastern District of Texas, and elsewhere, the defendants, **Jonathan Limbrick, Rhonda Monschelle Felder,**

Jahcov Johnson, Terrance Neil Bronson, Cedrick Demond Hunt, Dominic Devonte Limbrick, Don Raynard Larkin, Curtis Brumley, Deandre Romerus Limbrick, Alisha Cleveland, Ashley Murray, Ernest Houston, James Parker and Russell Limbrick did knowingly and intentionally combine, conspire, confederate and agree together and with other individuals known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, all in violation of 21 U.S.C. § 846.

### Count Two

> Violation: 21 U.S.C. § 841(a)(1)
> Possession with intent to distribute
> a controlled substance
> (methamphetamine).

That on or about September 5, 2019, in the Eastern District of Texas, the defendant, **Jonathan Limbrick** and **Rhonda Felder**, did knowingly and intentionally possess with intent to distribute fifty (50) grams but less than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1).

## Count Three

> Violation: 21 U.S.C. § 841(a)(1)
> Possession with intent to distribute
> a controlled substance
> (methamphetamine).

That on or about July 12, 2018, in the Eastern District of Texas, the defendant, **Don Raynard Larkin**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)

## Count Four

> Violation: 21 U.S.C. § 841(a)(1)
> Possession with intent to distribute
> a controlled substance
> (methamphetamine).

That on or about September 12, 2018, in the Eastern District of Texas, the defendant, **Don Raynard Larkin**, and **Jonathan Limbrick** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1).

### Count Five

>Violation: 21 U.S.C. § 841(a)(1)
>Possession with intent to distribute
>a controlled substance
>(methamphetamine).

That on or about August 15, 2019, in the Eastern District of Texas, the defendant, **James Parker**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)

### Count Six

>Violation: 21 U.S.C. § 841(a)(1)
>Possession with intent to distribute
>a controlled substance
>(methamphetamine).

That on or about June 14, 2020, in the Eastern District of Texas, the defendant, **Terrence Neil Bronson**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)

## Count Seven

> Violation: 18 U.S.C. § 924(c)(1)(A)
> (Possessing a Firearm in furtherance of a drug trafficking crime.)

On or about June 14, 2020, in the Eastern District of Texas, the defendant, **Terrence Neil Bronson**, did knowingly possess a firearm, that is, a Rossi 410 Shotgun, bearing serial number 5GZ131071, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, knowingly and intentionally possessing with intent to distribute a mixture and substance containing a detectable amount of a Schedule II controlled substance, namely methamphetamine in violation of 21 U.S.C. § 841(a)(1).

All in violation of 18 U.S.C. § 924(c)(1)(A).

## Count Eight

> Violation: 21 U.S.C. § 841(a)(1)
> Possession with intent to distribute
> a controlled substance
> (methamphetamine).

That on or about August 17, 2020, in the Eastern District of Texas, the defendant, **Ernest Houston**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)

Indictment – Page 5

### Count Nine

Violation: 21 U.S.C. § 841(a)(1)
Possession with intent to distribute
a controlled substance
(methamphetamine).

That on or about August 18, 2020, in the Eastern District of Texas, the defendant, **Cedric Demond Hunt**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)

### Count Ten

Violation: 18 U.S.C. § 922(g)(3)
Possession of a Firearm by an Unlawful
user of a controlled substance

On or about August 31, 2020, in the Eastern District of Texas, the defendant, **Corey Devon McQueen**, knowingly being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting interstate commerce a firearm, that is, a Hi-Point 9mm handgun bearing serial number 1885431, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18 U.S.C. § 922(g)(3).

## Count Eleven

>                  Violation: 21 U.S.C. § 841(a)(1)
>                  Possession with intent to distribute
>                  a controlled substance
>                  (methamphetamine).

That on or about August 15, 2019, in the Eastern District of Texas, the defendant, **Crystal Michelle Carruth**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)

## Count Twelve

>                  Violation: 21 U.S.C. § 841(a)(1)
>                  Possession with intent to distribute
>                  a controlled substance
>                  (methamphetamine).

That on or about August 3, 2018, in the Eastern District of Texas, the defendant, **Ashely Nicole Murray**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)

## Count Thirteen

> Violation: 21 U.S.C. § 841(a)(1)
> Possession with intent to distribute
> a controlled substance
> (methamphetamine).

That on or about November 20, 2018, in the Eastern District of Texas, the defendant, **Jonathan Limbrick**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### 21 U.S.C. 841 -- Drug distribution proceeds and facilitating property

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s), including but not limited to the following:

## MONEY JUDGMENT

3. A sum of money equal to Thirty one thousand and two hundred dollars ($31,200) in United States Currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts one through six, eight, nine, and eleven through thirteen to be divided in the following manner:

   a. JONATHAN LIMBRICK – 12,100;

   b. RHONDA MONSCHELLE FELDER – 10,000;

   c. DON RAYNARD LARKIN – 2,100;

   d. JAMES PARKER – 1,400;

   e. TERRENCE NEIL BRONSON - 1,400;

   f. ERNEST HOUSTON – 1,400;

   g. CEDRICK DEMOND HUNT – 1,400;

   h. CRYSTAL MICHELLE CARRUTH – 1,400;

4. If any property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Indictment – Page 9

## Firearms Forfeiture Allegation
(18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

The allegations contained in Counts Seven, and Ten of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g) set forth in Count Seven and Ten of this Indictment, the defendants, **Terrence Neil Bronson**, and **Corey Devon McQueen** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. As to **Terrence Neil Bronson**:

a Rossi 410 Shotgun, bearing serial number 5GZ131071

i. As to **Corey Devon McQueen:**

Hi-Point 9mm handgun bearing serial number 1885431

3. If any of the property described above, as a result of any act or omission of the defendant[s]:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

Indictment – Page 10

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL

MKF

GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

RUSSELL E. JAMES
Assistant United States Attorney

Date 9/15/20

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 1:20-CR-79 |
| v. | § § | Judge MAC/ZJH |
| JONATHAN LIMBRICK (1) | § | |
| RHONDA MONSCHELLE FELDER (2) | § | |
| DEANDRE ROMERUS LIMBRICK (3) | § | |
| TERRENCE NEIL BRONSON (4) | § | |
| ASHLEY NICOLE MURRAY (5) | § | |
| DON RAYNARD LARKIN (6) | § | |
| CEDRICK DEMOND HUNT (7) | § | |
| DOMINIC DEVONTE LIMBRICK (8) | § | |
| CRYSTAL MICHELLE CARRUTH (9) | § | |
| ALISHA NICOLE CLEVELAND (10) | § | |
| COREY DEVOND MCQUEEN (11) | § | |
| JAHCOV JOHNSON (12) | § | |
| JAMES PARKER (13) | § | |
| ERNEST HOUSTON (14) | § | |
| CURTIS BRUMLEY (15) | § | |
| RUSSELL LIMBRICK (16) | § | |

## NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. § 846

Penalty: Imprisonment of not more than twenty years, a fine not to exceed $1,000,000, or both imprisonment and a fine, and a term of supervised release of at least 3 years;

Special Assessment: $ 100.00

Notice of Penalty – Page 1

## Count Two

Violation: 21 U.S.C. § 841(a)(1)

Penalty: Imprisonment of not less than 5 years, but not more than 40 years, a fine not to exceed $5,000,000, or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; supervised release of at least 4 years, but not more than life;

Special Assessment: $ 100.00

## Counts Three through Six and Counts Eight, Nine, Eleven and Twelve and Thirteen

Violation: 21 U.S.C. § 841(a)(1)

Penalty: Imprisonment of not more than twenty years, a fine not to exceed $1,000,000, or both imprisonment and a fine, and a term of supervised release of at least 3 years;

Special Assessment: $100.00

## Count Seven

Violation: 18 U.S.C. § 924(c)(1)(A).

Penalty: Imprisonment for not less than five (5) years to run consecutively with any other term of imprisonment, a fine of not more than $250,000.00, or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine. A term of supervised release of not more than five (5) years.

Special Assessment: $ 100.00

Notice of Penalty – Page 2

## Count Ten

Violation:  18 U.S.C. § 922(g)(3).

Penalty:  Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment: $ 100.00

Case 1:20-cr-00079-MAC-ZJH *SEALED* Document 30 *SEALED* Filed 09/17/20 Page 1 of 1 PageID #: 43

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:20cr79-12 |
| Jahcov Johnson | ) |
| 5821 Maywood | ) |
| Houston, TX 77053 | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAHCOV JOHNSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ SEALED Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy with intent to distribute a controlled substance - methamphetamine

Date: 9/17/20

*David A. O'Toole*
Issuing officer's signature

City and state: Beaumont, TX

David A. O'Toole, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

Case 1:20-cr-00079-MAC-ZJH *SEALED*   Document 14 *SEALED*   Filed 09/17/20   Page 1 of 1 PageID #: 27

PER 18 U.S.C. § 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION   ☑ INDICTMENT   ☐ COMPLAINT   CASE NO. 1:20-CR-79

Matter Sealed: ☐ Juvenile   ☑ Other than Juvenile
☐ Pre-Indictment Plea
☐ Superseding Information   ☐ Defendant Added
☐ Superseding Indictment   ☐ Charges/Counts Added

Name of District Court and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Beaumont
Divisional Office

Name and Office of Person Furnishing Information on this Form: Jessica Ingle
☑ U.S. Atty   ☐ Other U.S Agency

Phone No. (409) 839-2538

Name of AUSA (if assigned): Russell E. James

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
Jennifer Dorreck - ATF, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ This person/proceeding transferred from another district per (check one) FRCrP 20, 21 or 40 (show district)

☐ This is a reprosecution of charges previously dismissed which were dismissed on a motion of: ☐ U.S. Atty ☐ Defense

☐ This prosecution relates to a pending case involving this same defendant (Notice of Related Case must still be filed with the Clerk).
SHOW DOCKET NO.

☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under:
MAG. JUDGE CASE NO.

USA vs.
Defendant: Jahcov Johnson (12)
Address: FBI#: 449938EB6   SID: 05623609 (TX)
5821 Maywood
Houston, Texas 77053

☐ Interpreter Required   Dialect:

Birth Date: 1/01/1978   ☑ Male ☐ Female   ☐ Alien (if applicable)

Social Security Number: 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

### DEFENDANT

Issue: ☑ Warrant   ☐ Summons   ☐ Notice/ECF

Location Status:
Arrest Date: ___   or Date Transferred to Federal Custody: ___

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive
☐ NCIC Entry Not Authorized

**FILED**
SEP 17 2020
Clerk, U.S. District Court
Texas Eastern

Defense Counsel (if any):
☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

Place of Offense: Jefferson   County: Texas

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED— U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OF COMMENTS

Total # of Counts (for this defendant only): 1   ☑ Felony   ☐ Misdemeanor

Count 1   21 U.S.C. § 846   - Conspiracy with intent to distribute a controlled substance (methamphetamine).